IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WAYNE WILLIAM TUCKER,
    Plaintiff,

vs.                                                    Case No.: 3:19cv1713/RV/EMT

JULIE L. JONES, et al.,
    Defendants.
_____/

# **O R D E R**

The Chief Magistrate Judge issued a Report and Recommendation on May 11, 2020 (ECF No. 22). The court provided Plaintiff a copy of the Report and Recommendation and afforded him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Chief Magistrate Judge's Report and Recommendation (ECF No. 22) is adopted and incorporated by reference in this order.

2.    Plaintiff's claims against Gilead Sciences, Inc. are **DISMISSED without prejudice** to Plaintiff's bringing them in a separate civil action, pursuant to Rule 20 of the Federal Rules of Civil Procedure.

3. Plaintiff's claims against the remaining Defendants are **DISMISSED with prejudice,** pursuant to 28 U.S.C. § 1915(e)(2)(B), because they are frivolous, fail to state a claim upon which relief may be granted, or seek monetary relief against a defendant who is immune from such relief, with the exception of the following claims:

    a. Plaintiff's Eighth Amendment claims for declaratory relief and monetary damages against Centurion and Dr. Hosseini for their failure to provide Ensure supplement drinks (asserted in Claim Seven of the Second Amended Complaint); and

    b. Plaintiff's Eighth Amendment claim for declaratory relief against Defendants Angela Gaskins and Brenda Patterson for their discontinuing the 4,000-calorie prescription diet option (asserted in Claim Eight of the Second Amended Complaint).

4. This case is recommitted to a magistrate judge for further proceedings on **ONLY** the claims against Centurion, Dr. Hosseini, Angela Gaskins, and Brenda Patterson identified *supra* in paragraph 2, subparagraphs a. and b.

5.     This case is **TRANSFERRED** to the court's Panama City Division, pursuant to Local Rule 3.1(B)–(C).

**DONE AND ORDERED** this 9th day of July, 2020.

        /s/ *Roger Vinson*
        **ROGER VINSON**
        **SENIOR UNITED STATES DISTRICT JUDGE**